**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01131-CV

## IN THE INTEREST OF M.M., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-11941**

## ORDER

The reporter's record is overdue. As we have previously informed court reporter Elizabeth N. Griffin that appellant is indigent, we **ORDER** Elizabeth N. Griffin, Official Court Reporter of the 302nd Judicial District Court, to file the record no later than **December 20, 2013** without prepayment of costs. *See* TEX. R. APP. P.35.3(b). *No extensions will be granted absent exigent circumstances.*

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) Elizabeth N. Griffin, (2) the Honorable Tena Callahan, Presiding Judge of the 302nd Judicial District Court, and (3) the parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE